UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:15-cv-1939 DAD P |
| Plaintiff, | |
| v. | ORDER |
| DIANA MAUCH, et al., | |
| Defendants. | |

    Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his county jail trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). The court will provide plaintiff with an opportunity to submit a certified copy of his trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his county jail trust account

/////

/////

/////

/////

1

statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in dismissal of this action without prejudice.

Dated: September 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp
hols1939.3c