UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERON KENNETH HOLSTON,

        Plaintiff,

   v.

DIANA MAUCH, et al.,

        Defendants.

No.  2:15-cv-1939-EFB P (TEMP)

ORDER

      Plaintiff is a county jail inmate proceeding pro se.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; ECF No. 5.

      Plaintiff commenced this action by filing a civil rights complaint challenging a parole condition that he believes improperly requires him to waive his Fifth Amendment rights against self-incrimination.  The court's own records reveal that, prior to filing this action, plaintiff filed a civil rights complaint containing virtually identical allegations.  (Case No. 2:15-cv-1870 CKD P).[1]  Due to the duplicative nature of the present action, the court will dismiss plaintiff's complaint.

/////

---

[1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

1

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2 and all outstanding motions are denied.  *See* Fed. R. Civ. P. 41(b).
3 DATED: May 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2